C. EMMETT MAHLE, SBN 104069
Attorney at Law
901 H Street, Suite 203
Sacramento, CA 95814
(916) 447-1646
Mahlelaw@sbcglobal.net

Attorney for Defendant
FERNANDO LOPEZ AMARILLAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      vs.<br><br>FERNANDO LOPEZ AMARILLAS,<br><br>                     Defendant. | Case No.:  CR.S-08-410 FCD<br><br>REQUEST FOR STATUS CONFERENCE  FOR CHANGE OF COUNSEL; ORDER |

    Undersigned counsel requests that the above-entitled case be added to the calendar for December 8, 2008, at 10:00 a.m. for the purpose of changing defense counsel for defendant FERNANDO LOPEZ AMARILLAS.  The request for a change of counsel is due to a breakdown in the attorney-client relationship.  I am the first appointed counsel for Mr. AMARILLAS.  I have called counsel for the United States, AUSA Rick Bender, and I left him a message informing him of our requested status conference for December 8, 2008, at 10:00 a.m.

DATED:      11/26/08       _____             /s/ C. Emmett Mahle
                                              C. EMMETT MAHLE
                                              Attorney for Defendant
                                              FERNANDO LOPEZ AMARILLAS

- 1

**ORDER**

GOOD CAUSE APPEARING, a Status Conference for the purpose of changing counsel will be added to the calendar on December 8, 2008, at 10:00 a.m.

Dated:   November 26, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE