C. EMMETT MAHLE, SBN 104069
Attorney at Law
901 H Street, Suite 203
Sacramento, CA 95814
(916) 447-1646
Mahlelaw@sbcglobal.net

Attorney for Defendant
FERNANDO LOPEZ AMARILLAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>FERNANDO LOPEZ AMARILLAS,<br><br>  Defendant. | Case No.: CR.S-08-410 FCD<br><br>MEMORANDUM RE: CHANGE OF COUNSEL AND ORDER |

Based on conversations between attorney C. Emmet Mahle, the CJA Panel Administrator, the court, attorney Gilberto Roque, and defendant Fernando Lopez Amarillas, all parties agree that the court should sign an order taking the status conference off of the December 8, 2008, calendar and substituting in Gilberto Roque for Emmett Mahle as the appointed attorney of record for Mr. Lopez Amarillas. The substitution will take effect as of the date the court signs the order. Accordingly, when Mr. Lopez Amarillas appears in court at his next scheduled appearance on January 12, 2009, Mr. Roque will appear with him. The request for a change of counsel is due to a breakdown in the attorney-client relationship.

DATED:   12/5/08               /s/ C. Emmett Mahle
                               C. EMMETT MAHLE
                               Attorney for Defendant
                               FERNANDO LOPEZ AMARILLAS

- 1

**ORDER**

GOOD CAUSE APPEARING, the Status Conference presently set for December 8, 2008, at 10:00 a.m. will be taken off calendar. The next appearance will be on the previously scheduled date of January 12, 2009, at 10:00 a.m.

GOOD CAUSE APPEARING, effective as of the signing of this order, Gilberto Roque will be appointed as the CJA Panel attorney for defendant Fernando Lopez Amarillas in place of C. Emmett Mahle. Mr. Mahle is hereby relieved as counsel for Mr. Lopez Amarillas.

IT IS SO ORDERED.

DATED:  December 5, 2008

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE