THOMAS A. JOHNSON, #119203
400 Capitol Mall, Suite 1620
Sacramento, California  95814
Telephone:  (916) 422-4022
Attorney for Defendant
FERNANDO AMARILLAS-LOPEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>FERNANDO AMARILLAS-LOPEZ,<br><br>　　　　　Defendant. | Case No.: 2:08-cr-00410-KJM<br><br>STIPULATION AND ORDER TO JUDGMENT AND SENTENCING<br><br>Date:　　May 12th, 2011<br>Time:　　10:00 a.m.<br>Judge:　Hon. Kimberly J. Mueller |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for May 12th, 2011 at 10:00 a.m. is continued to July 7th, 2011 at 10:00 a.m. in the same courtroom. Daniel S. McConkie, Jr., Assistant United States Attorney and Thomas A. Johnson, Defendant's attorney both agree to this continuance.

It is further stipulated that the period from the date of this stipulation through and including July 7th, 2011, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local T4 (reasonable time for preparation of counsel).

**IT IS SO STIPULATED.**

DATED:  April 29th, 2011　　　　　　　　By:　　/s/  Thomas A. Johnson
　　　　　　　　　　　　　　　　　　　　　　　　THOMAS A. JOHNSON
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　　　　FERNANDO AMARILLAS-LOPEZ

- 2 -

1
2  DATED:  April 29th, 2011

BENJAMIN WAGNER
United States Attorney

3
4

By:   /s/ Thomas Johnson for
DANIEL S. MCCONKIE, JR.
Assistant U.S. Attorney

5
6
7  **IT IS SO ORDERED.**

8  Dated:  May 2, 2011.

9
10  _____
UNITED STATES DISTRICT JUDGE