THOMAS A. JOHNSON, #119203
400 Capitol Mall, Suite 1620
Sacramento, California 95814
Telephone: (916) 422-4022
Attorney for Defendant
FERNANDO AMARILLAS-LOPEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    vs.<br><br>FERNANDO AMARILLAS-LOPEZ,<br><br>         Defendant. | Case No.: 2:08-cr-00410-KJM<br><br>STIPULATION AND ORDER TO JUDGMENT AND SENTENCING<br><br>Date:   July 7, 2011<br>Time:   10:00 a.m.<br>Judge:  Hon. Kimberly J. Mueller |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for July 7, 2011 at 10:00 a.m. is continued to July 14, 2011 at 10:00 a.m. in the same courtroom. Daniel S. McConkie, Jr., Assistant United States Attorney and Thomas A. Johnson, Defendant's attorney both agree to this continuance.

It is further stipulated that the period from the date of this stipulation through and including July 14, 2011, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local T4 (reasonable time for preparation of counsel).

**IT IS SO STIPULATED.**

DATED: July 5, 2011                    By:    /s/ Thomas A. Johnson
                                              THOMAS A. JOHNSON
                                              Attorney for Defendant
                                              FERNANDO AMARILLAS-LOPEZ

- 1 -

- 2 -

1  
2  DATED: July 5, 2011                    BENJAMIN WAGNER
                                          United States Attorney
3                                    By:   /s/ Thomas Johnson for
                                          DANIEL S. MCCONKIE, JR.
4                                         Assistant U.S. Attorney
5  
6       **IT IS SO ORDERED.**  The status conference set for July 7, 2011 is vacated and
7  reset for July 14, 2011 at 10:00 a.m. The Court finds the interest of justice served by
8  granting this continuance outweighs the interest of the public and the defendant in a
9  speedy trial and orders time excluded through July 14, 2011, based on Local Code T4,
10 giving counsel reasonable time to prepare.
11 Dated: July 6, 2011.

                                          _____
                                          UNITED STATES DISTRICT JUDGE