THOMAS A. JOHNSON, #119203
400 Capitol Mall, Suite 1620
Sacramento, California  95814
Telephone:  (916) 422-4022
Attorney for Defendant
FERNANDO LOPEZ-AMARILLAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>FERNANDO LOPEZ-AMARILLAS,<br><br>    Defendant. | Case No.: 2:08-cr-00410-KJM<br><br>STIPULATION AND ORDER TO JUDGMENT AND SENTENCING<br><br>Date:    July 14, 2011<br>Time:   10:00 a.m.<br>Judge:  Hon. Kimberly J. Mueller |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for July 14, 2011 at 10:00 a.m. is continued to August 11, 2011 at 10:00 a.m. in the same courtroom. Daniel S. McConkie, Jr., Assistant United States Attorney and Thomas A. Johnson, Defendant's attorney both agree to this continuance.

It is further stipulated that the period from the date of this stipulation through and including August 11, 2011, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local T4 (reasonable time for preparation of counsel).

**IT IS SO STIPULATED.**

DATED: July 12, 2011           By:   /s/  Thomas A. Johnson
                                     THOMAS A. JOHNSON
                                     Attorney for Defendant
                                     FERNANDO LOPEZ-AMARILLAS

DATED: July 12, 2011

                BENJAMIN WAGNER
                United States Attorney

      By:   /s/ Thomas Johnson for
            DANIEL S. MCCONKIE, JR.
            Assistant U.S. Attorney

## ORDER

The Court finds that the exclusion of time jointly requested by the parties outweighs the defendant's and the public's interest in a speedy trial. The stipulation is granted in full. **IT IS SO ORDERED.**

Dated: July 13, 2011.

_____
UNITED STATES DISTRICT JUDGE