UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>   v.<br><br>FERNANDO LOPEZ AMARILLAS,<br><br>       Defendant.<br>_____/ | NO. CR. S-08-00410 KJM<br><br><br>ORDER |

By stipulation and order, dated July 6, 2011, this case was scheduled for a July 14, 2011 status conference. On Tuesday, July 12, 2011 at 4:36 p.m., counsel sought to continue the scheduled hearing. In light of this tardy request for a continuance, it is hereby ORDERED that within seven days, the parties shall file a joint statement acknowledging their understanding of the court's policy regarding timely filing of requests to continue.

DATED: July 13, 2011.

                                          _____
                                          UNITED STATES DISTRICT JUDGE