THOMAS A. JOHNSON, #119203
400 Capitol Mall, Suite 1620
Sacramento, California  95814
Telephone:  (916) 422-4022
Attorney for Defendant
FERNANDO LOPEZ AMARILLAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:08-cr-00410-KJM |
|---|---|
| Plaintiff, | JOINT STATEMENT |
| vs. | Date:     July 20, 2011 |
| FERNANDO LOPEZ AMARILLAS, | Judge:   Hon. Kimberly J. Mueller |
| Defendant. | |

**IT IS HEREBY ACKNOWLEDGED BY AND AMONG ALL PARTIES** that the request to continue the case of U.S. vs. Lopez Amarillas, 2:08-cr-00410-KJM, was not timely, having been filed at 4:36 p.m. on Tuesday, July 12, 2011, and that this request to continue should have been submitted before noon on Tuesday, July 12, 2011. Both parties understand the court's policy regarding timely filing of requests to continue, which stipulates that such requests to continue must be filed no later than noon on the Tuesday prior to the hearing date. Daniel S. McConkie, Jr., Assistant U.S. Attorney and Thomas A. Johnson, Defendant's attorney both acknowledge this policy.

**IT IS SO ACKNOWLEDGED.**

DATED: July 20, 2011                    By:      /s/ Thomas A. Johnson
                                                 THOMAS A. JOHNSON
                                                 Attorney for Defendant
                                                 FERNANDO LOPEZ AMARILLAS

JOINT STATEMENT            - 1 -

1 | DATED: July 20, 2011
2
3 | By:
4
5
6 | **IT IS SO ACCEPTED.**
7 | Dated: July 20, 2011.

BENJAMIN WAGNER
United States Attorney

/s/ Thomas A. Johnson for
DANIEL S. MCCONKIE, JR.
Assistant U.S. Attorney

_____
UNITED STATES DISTRICT JUDGE